

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2015

No. 04-15-00107-CV

Justin V. **HAYNES**,
Appellant

v.

Alicia Bryan **HAYNES**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14023
Honorable David A. Canales, Judge Presiding

# O R D E R

On July 20, 2015, upon unopposed motion of Appellant, this Court abated this appeal to allow Appellant the opportunity to obtain a ruling on his request for findings of fact and conclusion of law as well as motions to modify judgment and for new trial. This appeal was abated until August 17, 2015.

To this date, Appellant has not supplemented the record or otherwise advised this Court regarding the status of the trial court proceedings. IT IS ORDERED Appellant shall advise this Court of the status of the trial court proceedings by September 11, 2015. If Appellant fails to file this advisory or a motion to reinstate this appeal by this date, the appeal shall be dismissed for want of prosecution.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2015.

_____
Keith E. Hottle
Clerk of Court